B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# United States Bankruptcy Court
## District of Colorado

In re __Michelle D. Lee__ ) Case No. __24-16918-KHT__
　　　　Debtor　　　　　　　　)
　　　　　　　　　　　　　　　)　Chapter __7__
__Michelle D. Lee__　　　　　　)
　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　)　Adv. Proc. No. __25-01238 KHT__
__Kelmineta Capital__　　　　　)
　　　　Defendant　　　　　　)
__Robert Bush #98565__

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of the clerk: Clerk, U.S. Bankruptcy Court
　　　　　　　　　　　　　　U.S. Custom House
　　　　　　　　　　　　　　721 19th Street
　　　　　　　　　　　　　　Denver, CO 80202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　Name and Address of Plaintiff's Attorney:
__Michelle D. Lee__
__16480 Fairway dr Commerce City Co. 80022__

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　Kenneth S. Gardner, Clerk of the Bankruptcy Court

Date: __8/20/2025__　　　SEAL　　By __Tirie Dawson__ (Deputy Clerk)