B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

25-1238KHT

# CERTIFICATE OF SERVICE

I, Michelle Lee (name), certify that service of this summons and a copy of the complaint was made 8/20/25 (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

FILED
CLERK OF COURT
SEP - 3 2025
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

- ☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
P.O. Box 3931 Greenwood Village CO. 80155

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 9/25/25    Signature Michelle P. Lee

Print Name: Michelle P. Lee

Business Address: 10080 Fairway dr
Commerce Ct. 80022

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# United States Bankruptcy Court
## District of Colorado

In re **Michelle D. Lee**
        Debtor

Case No. **24-16918-KHT**

Chapter **7**

**Michelle D. Lee**
        Plaintiff

v.

**Kalamata Capital**
**Robert Bush #98565**
        Defendant

Adv. Proc. No. **25-01238 KHT**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: Clerk, U.S. Bankruptcy Court
                          U.S. Custom House
                          721 19th Street
                          Denver, CO 80202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

**Michelle D. Lee**
**16480 Fairway dr Commerce City Co 80022**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner, Clerk of the Bankruptcy Court

Date: **8/20/2025**   [SEAL]   By: **Tirie Dawson** (Deputy Clerk)

