UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

---

In re: Lee v. Kalamata Kapital Group et al

Case No.: 25-01238 KHT
AP

---

Notice of Deficiency
Failure to Pay Filing Fees

This Notice refers to the following document filed with the court on : 12/19/2025
By : Michelle D. Lee
　　　Notice of appeal/cross-appeal

After completing a review of the record, **it appears that payment of the following fee has not been received** for the below-referenced document; nor has there been filed a Motion to Proceed in Forma Pauperis.

　　　$298 - Docketing Proceeding on Appeal/Docketing a Cross-Appeal from a Bankruptcy Court determination. This fee includes the $5.00 statutory fee required for filing the Notice of Appeal.

NOTICE IS HEREBY GIVEN the required fee must be paid in full to the Court by the Deficiency Cure Date shown below.

Court fees may be paid online by debit card, etc. at https://www.cob.uscourts.gov/online-payments

Alternatively, fees may paid in person or by mail with a cashier's check or money order made out to "Clerk, U.S. Bankruptcy Court", at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202.

This case shall be referred to the Court for further order if the required fee is not paid by the deficiency cure date shown below.

---

DEFICIENCY CURE DATE: 1/16/2026

FOR THE COURT:
Kenneth S. Gardner, Clerk

s/ tjv
　　　Deputy Clerk

Dated  1/6/2026